UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TONY JOSEPH LEBOUEF**                    **CIVIL ACTION**

**VERSUS**                                 **NUMBER: 23-7115**

**TIMOTHY SOIGNET, ET AL.**                **SECTION: "B"(5)**

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation (rec. doc. 25), and the failure of either party to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment of Defendants, Sheriff Timothy Soignet, Major Rhonda Ledet, and Lt. Col. Stephen Bergeron, on the Issue of Qualified Immunity (rec. doc. 21) is **GRANTED**.

New Orleans, Louisiana, this 15th day of July, 2024

SENIOR UNITED STATES DISTRICT JUDGE